

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00872-CR

Martin Ugalde **CAMPOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1776-CR
Honorable William Old, Judge Presiding

Opinion by:    Catherine Stone, Chief Justice

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  October 8, 2014

AFFIRMED

Martin Ugalde Campos pled true to violating the conditions of his community supervision

and was sentenced to five years' imprisonment.  Campos's court-appointed attorney filed a brief

containing a professional evaluation of the record in accordance with *Anders v. California*, 386

U.S. 738 (1967).  Counsel concludes that the appeal has no merit.  Counsel provided Campos with

a copy of the brief and informed him of his right to review the record and file his own brief.  *See*

*Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*,

924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Campos did not file a *pro se* brief.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit. The judgment of the trial court is affirmed. Appellate counsel's request to withdraw is granted. *Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1. No substitute counsel will be appointed. Should Campos wish to seek further review of this case by the Texas Court of Criminal Appeals, Campos must either retain an attorney to file a petition for discretionary review or Campos must file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of: (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Catherine Stone, Chief Justice

DO NOT PUBLISH